UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2799(DSD/JMM)

Lyon Financial Services, Inc.,

Plaintiff,

v.

**ORDER OF REFERENCE**

Associates Orthopaedic Specialists, P.S.,

Defendant.

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B) that United States Magistrate Judge John M. Mason is designated to conduct hearings and submit proposed findings of fact and recommendations of law on defendant's motion to dismiss or in the alternative to transfer case to the Eastern District of Washington [Docket No. 2] which has been filed in this matter. Any such motion shall be heard before Magistrate Judge John M. Mason.

Dated: March 28, 2001

David S. Doty, Judge
United States District Court

FILED 3-29-01
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______