UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LYON FINANCIAL SERVICES, INC.,

Plaintiff,

v.

ASSOCIATES ORTHOPAEDIC SPECIALISTS, P.S.,

Defendant.

CIVIL NO. 00-2799 (DSD/JMM)

ORDER/NOTICE OF HEARING

By Order dated March 28, 2001, District Judge David S. Doty referred Defendant's Motion to Dismiss or in the Alternative to Transfer Case to the Eastern District of Washington [Docket No. 2] to the undersigned. Defendant's Motion was filed with the Court on December 29, 2000.

IT IS HEREBY ORDERED:

1. On or before April 12, 2001, Defendant shall serve and file all supporting documents in support of the Motion in compliance with the Local Rules.

2. On or before April 23, 2001, Plaintiff shall serve and file all responsive documents.

3. On or before April 27, 2001, Defendant may serve and file any reply documents.

4. Oral argument on this motion will be heard before the undersigned on April 23, 2001 at 3:30 p.m. in Courtroom 628B, Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota.

Dated: April 3, 2001

JOHN M. MASON
United States Magistrate Judge

APR 03 2001
CLERK