**ORIGINAL**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Lyon Financial Services, Inc., a Minnesota corporation, d/b/a Secured Funding with its principal offices in Marshall, Minnesota,

Plaintiff,

v.

Associated Orthopaedic Specialists, P.S., a Washington corporation,

Defendant.

Case No.00-2799 (DSD/JMM)

**STIPULATION TO DISMISS WITH PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Lyon Financial Services, Inc. d/b/a Secured Funding by its undersigned counsel and Defendant Associated Orthopaedic Specialists, P.S. by its undersigned counsel hereby agree to dismissal with prejudice of this action. The parties will bear their own costs, disbursements and attorneys' fees.

DATED: 5-21-01

ATTORNEYS FOR PLAINTIFF LYON FINANCIAL SERVICES, INC. D/B/A SECURED FUNDING

John D. Docken (171116)
115 West College Drive
Marshall, MN 56258
(507) 537-8262

DATED: 6/4/01

ATTORNEYS FOR DEFENDANT ASSOCIATED ORTHOPAEDIC SPECIALISTS, P.S.

Timothy D. Moratzka (#75036)
Patrick C. Summers (#028841X)
MACKALL, CROUNSE & MOORE, PLC
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402
(612) 305-1400

FILED 6-11-01
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. 6-11-01
Deputy Clerk's Initials ______

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Lyon Financial Services, Inc.,
a Minnesota corporation, d/b/a
Secured Funding with its principal offices
in Marshall, Minnesota,

Plaintiff,

v.

Associated Orthopaedic Specialists, P.S.,
a Washington corporation,

Defendant.

Case No.00-2799 (DSD/JMM)

**ORDER**

---

Pursuant to stipulation of the parties as provided in Rule 41(a)(1) Federal Rules of Civil Procedure, all claims by Plaintiff Lyon Financial Services, Inc. d/b/a Secured Funding against Defendant Associated Orthopaedic Specialists, P.S. in the above-entitled action are hereby dismissed with prejudice, with each party bearing its own costs, disbursements and attorneys' fees. Accordingly, IT IS ORDERED:

1. This case is dismissed with prejudice.

**Dated:** June 7 **, 2001.**

BY THE COURT,

David S. Doty
Judge of District Court

LET JUDGMENT BE ENTERED ACCORDINGLY.



FILED ______
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______